MAY 2 0 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANIEL BRIAN BURKE,

Defendant.

CR 19–14–M–DLC

ORDER

On May 14, 2020, Chief Judge Brian M. Morris issued Administrative Order 20-21, providing for the resumption of operations and reconvening of jury trials during the COVID-19 pandemic. This trial will be the first in the Missoula Division following the resumption of jury trials in the District of Montana. The Order directs the Clerk of Court to take appropriate measures to minimize the risk of exposure to jurors and other participants in the proceedings. The safety and well-being of the jurors is of the utmost concern to the Court.

Accordingly, IT IS ORDERED that to assist in expediting the completion of the jury's work, and to address safety concerns, the trial jurors in attendance throughout this proceeding shall be paid $30.00 for meals and incidentals in accordance with the daily FY 2020 per diem rates for Montana established by the U.S. General Services Administration. This amount represents the allotment for

breakfast and lunch and is in lieu of the Court providing light refreshments pursuant to *The Guide to Judiciary Policy*, Vol. 4 § 365.60.20.

DATED this 20th day of May, 2020.

Dana L. Christensen, District Judge
United States District Court