

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–14–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DANIEL BRIAN BURKE, | |
| Defendant. | |

Because of the COVID-19 pandemic and the Court's ensuing responsibility to minimize the risk of exposure to jurors in this matter, communal meals and beverages will not be provided.

Accordingly, IT IS ORDERED that trial jurors may bring into the courthouse their own meals, snacks, and beverages.

DATED this 27th day of May, 2020.

Dana L. Christensen, District Judge
United States District Court

-1-