IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 19-14-M-DLC |
| Plaintiff, | ORDER |
| vs. | |
| DANIEL BRIAN BURKE, | |
| Defendant. | |

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 5th day of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court